KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.
1939 Harrison St, Suite 120
Oakland, California 94612
Phone: (510) 465-0016
Fax: (510) 217-3979
kat@siegfriedlegal.com

Attorney for Plaintiff, PAUL G. REYNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL G. REYNA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> Of Social Security, ) <br> ) <br> Defendant. ) <br> ) | CIVIL NO. 3:17-cv-7074-KAW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR A TWENTY-EIGHT DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS MOTION FOR SUMMARY JUDGMENT** |

     IT IS HEREBY STIPULATED, by and between Plaintiff PAUL G. REYNA (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Plaintiff shall have an extension of time of twenty-eight (28) days to file Plaintiff's Motion For Summary Judgment. The current due date is May 7, 2018. The new due date will be June 4, 2018. This is the first extension of time requested by Plaintiff. Plaintiff now must request this extension as she was not the counsel of record at the administrative hearing, is a solo practitioner and has been out of the office as a result of a medical condition.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

STIPULATION                        1                    (3:17-cv-7074-KAW)

Date: May 1, 2018        KATHERINE SIEGFRIED
                         Law Office of Katherine Siegfried, Esq.

                         By:    /s/ *Katherine Siegfried**
                                Katherine Siegfried
                                Attorney for the Plaintiff

Date: May 1, 2018        ALEX G. TSE
                         United States Attorney


                         By:    /s/*Daniel Talbert*
                                Daniel Talbert
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                (As authorized per email)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT SHALL BE DUE JUNE 4, 2018.

Dated: 5/1/18

_Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE